IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   CRIMINAL NO. H-12-360 |
| | § |
| JORGE QUINAPALLO | § |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 46). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 23, 2013 at 9:30 a.m.**

SIGNED on August 21, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge